**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HEATHER ANN BARTCZAK,**

**Petitioner,**

**v.** **Case No. 4:26-cv-141-TKW-MAL**

**WARDEN FBOP,**

**Respondent.**
___________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with a court order and failure to prosecute. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DIMISSED without prejudice based on Plaintiff's failure to comply with a court order and failure to prosecute.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 31st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**